# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

SAMUEL OHENE NYARKO

Debtor

Chapter 13

Case No. 18-13484-KHK

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c) & §1307(c)(1)** - Good Faith & Unreasonable Delay -
1) This is Debtor's fifth case in just over six years, and his fourth case since receiving a Chapter 7 discharge. His prior cases are as follows:
    - **12-14904-RGM** Samuel Ohene Nyarko **Case type:** bk **Chapter:** 7
      **Date filed:** 08/10/2012 **Debtor discharged:** 12/05/2012
    - **14-10670-RGM** Samuel Ohene Nyarko **Case type:** bk **Chapter:** 13
      **Date filed:** 02/26/2014 **Debtor dismissed:** 05/15/2015- *failure to make Plan payments*
    - **16-14103-KHK** Samuel O Nyarko **Case type:** bk **Chapter:** 13 **Asset:**
      **Date filed:** 12/02/2016 **Debtor dismissed:** 05/22/2017- *no mod plan filed after conf denied*
    - **17-12684-KHK** Samuel Ohene Nyarko **Case type:** bk **Chapter:** 13
      **Date filed:** 08/04/2017 **Debtor dismissed:** 10/05/2017-*failure to make Plan payments*

   In this case, Debtor again proposes to retain investment properties. It's obvious from the outcome of his prior Chapter 13's that this is unrealistic.
2) Debtor has not filed 2017 tax returns.

**Notice and Motion to Dismiss**
Samuel Ohene Nyarko, Case #18-13484-KHK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 3, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _December 5, 2018_____          __/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

**Notice and Motion to Dismiss**
Samuel Ohene Nyarko, Case #18-13484-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of December, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Samuel Ohene Nyarko | Steven B. Ramsdell, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 4325 Upland Dr. | 300 N. Washington St. Ste. 310 |
| Alexandria, VA 22310-1329 | Alexandria, VA 22314 |

　　　　　　　　　　　　　　　　　　　　__/s/ Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman